## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| DOUGLAS COLEMAN, AARON FILLMORE, JEROME JONES, individually and on behalf of a class of all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 15 C 5596 |
| v. | ) ) | |
| GLADYSE C. TAYLOR, Acting Director of the Illinois Department of Corrections, | ) ) ) | Hon. James B. Zagel |
| Defendant. | ) ) | |

### DEFENDANT'S MOTION TO DISMISS

Defendant GLADYSE C. TAYLOR, by and through her attorney, LISA MADIGAN,

Illinois Attorney General, hereby move this Honorable Court to Dismiss Plaintiffs' Complaint

pursuant to Federal Rule of Civil Procedure 12(b) for failing to state a claim upon which relief

can be granted, as fully set forth in their Memorandum of Law in Support of Her Motion to

Dismiss. Defendant respectfully requests that this Court grant this motion in her favor.

Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois

/s/ Lyle K. Henretty
LYLE K. HENRETTY
ERIN R. GARD
Assistant Attorney General
General Law Bureau
100 W. Randolph, 13th Floor
Chicago, Illinois 60601
(312) 814-3327/5163